# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2020

161008

RYAN MENARD, by his conservator,
SHELLY MENARD,
          Plaintiff-Appellee,

v

TERRY R. IMIG and SHARRYL ANN
EVERSON,
          Defendants,

and

MACOMB COUNTY DEPARTMENT OF
ROADS and COUNTY OF MACOMB,
          Defendants-Appellants.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161008
COA: 336220
Macomb CC: 2014-003145-NI

_____/

      On order of the Court, the application for leave to appeal the January 14, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a0624

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2020
_____



Clerk